# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

**ZACHRY CURREY**

   *Plaintiff*,

v.

**CONSULTING SERVICES GROUP, LLC**

   *Defendant.*

Civil Action No. 1:23-cv-02329-MJM

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

Upon consideration of the Motion to Withdraw Appearance filed by James M. Ray, II and Ray Legal Group, LLC, it is this __6th__ day of __August__, 2024 hereby:

ORDERED: that the Motion to Withdraw Appearance is GRANTED; and it is further

ORDERED: that the appearances of James M. Ray, II and Ray Legal Group, LLC are hereby STRICKEN.

/S/
Matthew J. Maddox
United States District Judge