UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| ZACHRY CURREY<br><br>*Plaintiff,*<br>v.<br><br>CONSULTING SERVICES GROUP, LLC<br><br>*Defendant.* | Civil Action No. 1:23-cv-02329-MJM |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Zachry Currey and Defendant Consulting Services Group, LLC hereby stipulate and agree that the above-caption action and all claims against Defendant Consulting Services Group, LLC in the above-captioned action are hereby dismissed with prejudice.

IT IS SO STIPULATED.

Respectfully Submitted,

*Signed by:*
[signature]
722F01E081D448B...
Zachry Currey
Plaintiff
3165 US HWY 271 S
Pittsburg, Texas 75686
zachariahrox4@gmail.com
Phone: 940-217-5913

*/s/ Andrew Turnbull*

Andrew Turnbull (Bar No. 30882)
MORRISON FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037

1

Phone: 202-887-1500
aturnbull@mofo.com
*Attorneys for Defendant*
*Consulting Service Group, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2024, a copy of the foregoing was served via email and overnight mail to:

Zachry Currey
Plaintiff
3165 US HWY 271 S
Pittsburg, Texas 75686
zachariahrox4@gmail.com

/s/Andrew Turnbull
Andrew Turnbull (Bar No. 30882)